UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CATHI A. GUIDARA,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, CATHI A. GUIDARA-FIANO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

**February 1, 2011**
Hello, I'm calling form NCO Financial Services on behalf of the Florida Department of Education.  Please contact me at 1-800-678-2729.  Monday thru Thursday 8 am to 9 pm, Friday 8 am to 4:30 pm or Saturday 8 am to 1 pm eastern standard time.  Again the number to call is 1-800-678-2729.

**February 19, 2011**
No Discernable Message.

**February 26, 2011 1 of 2**

2

No Discernable Message.

**February 26, 2011 2 of 2**
No Discernable Message.

**March 5, 2011 1 of 2**
No Discernable Message.

**March 5, 2011 2 of 2**
No Discernable Message.

**March 8, 2011**
No Discernable Message.

**March 9, 2011 1 of 3**
No Discernable Message

**March 9, 2011 2 of 3**
No Discernable Message

**March 9, 2011 3 of 3**
No Discernable Message

**March 10, 2011 1 of 2**
No Discernable Message

**March 10, 2011 2 of 2**
No Discernable Message

**March 14, 2011 1 of 3**
No Discernable Message

**March 14, 2011 2 of 3**
No Discernable Message

**March 14, 2011 3 of 3**
No Discernable Message

**March 15, 2011 1 of 2**
No Discernable Message

**March 15, 2011 2 of 2**
No Discernable Message

**March 16, 2011 1 of 2**
No Discernable Message

**March 16, 2011 2 of 2**
No Discernable Message

**March 17, 2011**
No Discernable Message

**March 18, 2011**
No Discernable Message

**March 19, 2011**
No Discernable Message

**March 22, 2011**
No Discernable Message

**March 23, 2011 1 of 2**
No Discernable Message

**March 23, 2011 2 of 2**
No Discernable Message

**March 25, 2011 1 of 2**
No Discernable Message

**March 25, 2011 2 of 2**
No Discernable Message

**March 28, 2011**
No Discernable Message

**March 31, 2011**
No Discernable Message

**April 4, 2011**
No Discernable Message

**April 5, 2011**

**April 13, 2011 1 of 2**
No Discernable Message

**April 13, 2011 2 of 2**
No Discernable Message

**April 14, 2011 1 of 3**
No Discernable Message

**April 14, 2011 2 of 3**
No Discernable Message

**April 14, 2011 2 of 3**
No Discernable Message

**April 18, 2011**
No discernable message

**April 19, 2011**
No Discernable Message

**April 20, 2011**
No Discernable Message

**April 22, 2011 1 of 2**
No Discernable Message

**April 22, 2011 2 of 2**
No Discernable Message

**April 25, 2011**
No Discernable Message

**April 27, 2011**
No Discernable Message

**April 28, 2011 1 of 2**
No Discernable Message

**April 28, 2011 2 of 2 – Pre-Recorded Caller**
Hello. This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Jim DeMarco at 877-354-2823. Again, that's Jim DeMarco at 877-354-2823. Thank you.

NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 344159. Thank you. Goodbye.

**April 30, 2011 1 of 2**
No Discernable Message

**April 30, 2011 2 of 2**
No Discernable Message

**May 3, 2011**
No Discernable Message

**May 11, 2011**
No Discernable Message

**May 13, 2011**
No discernable message.

**June 3, 2011**
Hello. Please don't hang up. Please stay on the line and someone – Hello. May I speak to Cathi? Hello?

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc*., 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18. Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658