UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60187-CIV-COHN/SELTZER

CATHI A. GUIDARA,

      Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation For Dismissal With Prejudice [DE 7] ("Stipulation"). The Court has carefully reviewed the Stipulation, the record in the case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs, except as otherwise agreed by the parties. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 27th day of March, 2012.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.